IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT LOUIS HOLINESS | § | |
| VS. | § | CIVIL ACTION NO.   9:21-cv-268 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Robert Louis Holiness, a prisoner confined at the Wainwright Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #4).

The court has received and considered the Report and Recommendation of United States Magistrate Judge (Doc. #5), filed pursuant to such order, along with the record and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge is **ADOPTED**.  Petitioner's Motion for

Leave to Proceed *In Forma Pauperis* is **DENIED**.  Petitioner shall pay the $5.00 filing fee within thirty days of this order.

    **SIGNED** this the 4 day of **January, 2022.**

_____
Thad Heartfield
United States District Judge